UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 4:06-cr-12-001 |
| v. ) | |
| ) | Judge Collier/Steger |
| ERIC RYAN HILL ) | |

## MEMORANDUM AND ORDER

ERIC RYAN HILL ("Defendant") came before the Court for an initial appearance on October 5, 2018, in accordance with Rule 32.1 of the Federal Rules of Criminal Procedure on the Petition for Warrant for Offender under Supervision ("Petition") [Doc. 37].

After being sworn in due form of law, Defendant was informed of his privilege against self-incrimination under the 5th Amendment and his right to counsel under the 6th Amendment to the United States Constitution.

The Court determined Defendant wanted to be represented by an attorney and that he qualified for the appointment of an attorney to represent him at government expense. Consequently, the Court APPOINTED Jackson Whetsel of Federal Defender Services of Eastern Tennessee, Inc. to represent Defendant.

Defendant was furnished with a copy of the Petition, and had an opportunity to review that document with his attorney. The Court determined that Defendant was able to read and understand the Petition with the assistance of his counsel. In addition, AUSA James Brooks explained to Defendant the specific charges contained in the Petition. Defendant acknowledged that he understood the charges in the Petition.

The Government moved Defendant be detained pending disposition of the Petition or further Order of this Court. The Court explained Defendant's right to a preliminary hearing and detention hearing and what those hearings entail. Defendant conferred with his counsel and waived the preliminary hearing; however, Defendant requested a detention hearing. The Court scheduled the detention hearing on Wednesday, October 11, 2018 at 11:00 a.m.

It is, therefore, **ORDERED** that:

1. The Government's motion that Defendant be **DETAINED WITHOUT BAIL** pending his detention hearing on October 11, 2018, is hereby **GRANTED**.

2. The U.S. Marshal's Service shall make arrangements to transport Defendant

to the detention hearing on **Wednesday, October 11, 2018 at 10:00 a.m.** before the undersigned.

3. Defendant shall remain in custody pending his revocation hearing before Judge Collier on **October 17, 2018, at 2:00 p.m.** or until further Order of this Court.

**ENTER.**

/s/ *Christopher H. Steger*
UNITED STATES MAGISTRATE JUDGE
